UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

SEP 3 0 2014

David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA   §
                           §
v.                         §     CRIMINAL NO.
                           §
ROBERTO CANTU-RODRIGUEZ    §     L-14-879
                           §

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

GPK

### COUNT ONE

From or about June 1, 2013, through on or about June 18, 2014 in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ROBERTO CANTU-RODRIGUEZ,**

did knowingly conspire and agree with each other and with other persons known and unknown to the grand jurors, to conceal, harbor and shield from detection, and attempt to conceal, harbor and shield from detection, an alien, in any place, including any building and any means of transportation.

In violation of Title 8, United States Code, Section 1324(1)(A)(iii) and (v)(I).

COUNT TWO

From or about June 1, 2013, through on or about June 18, 2014, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ROBERTO CANTU-RODRIGUEZ,**

having knowledge of the actual commission by known and unknown co-conspirators, of a felony cognizable by a Court of the United States; that is, improper entry by alien (8 USC 1325), did willfully conceal the same by harboring and aiding and abetting Brenda Leticia Lara-Garcia, in the harboring and concealing of Ricardo Lara-Garcia and Francisco Javier Zavala-Pitones undocumented aliens who had previously been deported and removed from the United States at a residence located at                    in Laredo, Texas, and did not as soon as possible make known the same to some Judge or other person in civil or military authority under the United States.

In violation of Title 18, United States Code, Section 4.

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

KENNETH MAGIDSON
UNITED STATES ATTORNEY

Raul Guerra
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

NO. **L-14-879**

__LAREDO____ DIVISION

FILE: 13-25804
__INDICTMENT_____

Filed: **SEP 3 0 2014**

Judge: _____

UNITED STATES OF AMERICA

VS.

**ROBERTO CANTU-RODRIGUEZ**

ATTORNEYS:

KENNETH MAGIDSON, USA
Raul Guerra, AUSA

**CHARGE:**     Ct. 1:  Conspiracy to conceal, harbor or shield undocumented aliens
                        [8 USC 1324(a)(1)(A)(iii) and (v)(I)]

               Ct. 2:  Misprision of a Felony   (18 USC 4)

**TOTAL COUNTS: 2**

**PENALTY:**     Ct. 1:  Not more than 10 Years and/or $250,000, $100 Special Assessment,
                        Not More Than a 3 Year Term of Supervised Release

               Ct. 2:  0-3 Yrs. and/or $250,000.00, $100 Spec Assessment
                        NOT MORE THAN 1 YR TERM OF SUPERVISED RELEASE

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: